**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **LIOBARDO EXEQUIEL MARTINEZ FIGUEROA,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-599-KC** |
| **PAMELA BONDI et al.,** | § § § | |
| **Respondents.** | § § | |

## ORDER

On this day, the Court considered the case.  On March 11, 2026, the Court granted in part Liobardo Exequiel Martinez Figueroa's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision.  Mar. 11, 2026, Order 3, ECF No. 5.

On March 18, 2026, Respondents filed a Status Report, ECF No. 6, stating that "Petitioner was released from custody, as ordered by the Court."  In support, Respondents attached a Form I-830 and parole documentation.  *See id.* Ex. A ("Form I-830"), ECF No. 6-1; Ex. B ("Parole Document"), ECF No. 6-2.  This documentation, however, is for an individual named Jessica Posadas Pineda, not Martinez Figueroa.  *See* Form I-830; Parole Document.  Thus, Respondents have failed to provide notice of whether they provided Martinez Figueroa with a bond hearing or released him in compliance with the Court's March 11, 2026, Order.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** an advisory stating whether they have complied with the Court's March 11, 2026, Order in Martinez Figueroa's case, **by no later than March 23, 2026**.

**SO ORDERED**.

**SIGNED this 20th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE